■ RICHARD MULLIN, Appellant, v ANN MULLIN, Respondent.—Motion for poor person relief and an extension of time to perfect appeal denied. Memorandum: Appellant has failed to show that he has served the notice of motion upon the County Attorney and has failed to set forth facts so that the merit to his appeal can be ascertained *(see,* CPLR 1101 [a], [c]; *Matter of Teeter v Reed,* 57 AD2d 735). Present—Doerr, J. P., Green, Pine, Balio and Lawton, JJ.

■ JOAN MASTERSON et al., Appellants, v NAT. FUEL GAS DIS. CORP. et al., Respondents.—Motion for poor person relief denied. Memorandum: The motion papers lack a financial affidavit sworn to by appellants and an affidavit setting forth facts showing merit to the appeal *(see,* CPLR 1101; *Matter of Teeter v Reed,* 57 AD2d 735). Present—Doerr, J. P., Denman, Boomer, Green and Lawton, JJ.

■ DAVID LAWSON, Appellant, v MICHAEL BRYANT, Respondent.—Motion for poor person relief denied. Memorandum: Appellant's statement in support of the motion has not been sworn to before an officer authorized to administer oaths and it fails to set forth facts so that the merit of his contentions can be ascertained *(see,* CPLR 1101 [a]). Present—Doerr, J. P., Denman, Boomer, Green and Lawton, JJ.

■ In the Matter of DAVID SCHULTZ, Petitioner, v LILLIAN ROBERTS, Respondent.—Motion for permission to appeal to Appellate Division denied as unnecessary. Memorandum: Special Term denied respondent's motion to dismiss the petition in this CPLR article 78 proceeding on the ground that it is barred by the Statute of Limitations and transferred the proceeding to us to review the issue of whether the determination was supported by substantial evidence. The order of transfer brings up for review not only the issue of substantial evidence but also the nonfinal order denying the motion to dismiss the petition *(see, Matter of Desmone v Blum,* 99 AD2d 170). Present—Doerr, J. P., Denman, Boomer, Green and Lawton, JJ.